AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

SAMUEL SALMON and
ROXY SALMON,

                    Plaintiff,                                   **JUDGMENT IN A CIVIL CASE**

          v.

BANK OF AMERICA CORPORATION,
RECONTRUST, M.E.R.S.,                               CASE NUMBER:  CV-10-446-RMP
MERSCORP, INC.,

                    Defendants.

☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒  **Decision by Court. This action came to**  hearing  **before the Court. The issues have been** heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendants' Motion to Dismiss, ECF No. 4, is GRANTED pursuant to Fed. R. Civ. P. 12(b)(6).

This action is DISMISSED WITH PREJUDICE and without costs as to any party.

May 25, 2011                                              JAMES R. LARSEN
*Date*                                                          *Clerk*
                                                                 s/ Shirley Peters
                                                                 *(By) Deputy Clerk*
                                                                 Shirley Peters