Samuel Salmon
Roxy Salmon
Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Telephone: 509-684-8841
Email: srslunop@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| SAMUEL SALMON AND ROXY SALMON, <br><br> PLAINTIFF, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br> RECONTRUST CO., M.E.R.S., <br> MERSCORP INC., <br><br> DEFENDANT | **MOTION TO RECONSIDER FOR CASE NO. 2:10-CV-00446-RMP** |

I, Samuel Salmon the plaintiff hereby respectfully approach this court to request a reconsideration of the ORDER to DISMISS the plaintiffs complaint because evidence presented shows forgery and fraud by the defendants as listed **HERE**:

1. Because defendants have offered proof that they do not own the Salmons' promissory note in ECF No. 20 in Exhibit G.

Page - Page 1 of 4
**MOTION TO RECONSIDER**
Case No.  2:10-CV-00446-RMP

Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Telephone:  509-684-8841

a. **BANK OF AMERICA, N.A. CLEARLY ADMITS IT DOES NOT OWN THE SALMONS NOTE** as shown in plaintiff's declaration and exhibits in opposition to the motion, ECF No. 20 Exhibit G. In Exhibit G Bank of America's letter from their Office of CEO and President it states that "**The current owner of the note is Federal National Mortgage Association**".

b. Bank of America's own language admits they do not own the note and **THEREFORE**, producing the note as a debt or obligation owed is **FORGERY,** and commencing with foreclosure proceedings with the forged note is **FRAUD**.

c. Plaintiff, hereby requests the court take judicial notice of plaintiff's ECF No. 20 Exhibit G, **Fed. R. Evid. 201**. A district court *must* take judicial notice "if requested by a party and supplied with the necessary information." *Id.* at 201(d). A court may take such notice "at any stage of the proceeding." *Id.* at 201(f).

## CONCLUSION

I, Samuel Salmon have shown evidence to Judge Rosanna Malouf Peterson that the defendants have committed FRAUD, and FORGERY in their foreclosure proceedings, as exposed in this case.

Page - Page 2 of 4
**MOTION TO RECONSIDER**
Case No.  2:10-CV-00446-RMP

Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Telephone:  509-684-8841

## PRAYER FOR RELIEF

THEREFORE, Judge Rosanna Malouf Peterson having knowledge of the actual commission of the felony cognizable by a court of the United States, the plaintiff requests the court take appropriate action, and that the court also reinstate the plaintiff's case because of the previously stated findings, and reconsider the plaintiffs' claims for relief as requested and now with treble damages because of evident fraud.

### AFFIDAVIT AND DECLARATION

I, Samuel Salmon hereby declare under penalty of perjury under the laws of the United States and the State of Washington that on Tuesday, June 07, 2011, all undersigned statements to be true and correct, and I, Samuel Salmon am competent to state the matter set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just in accordance with Affiant's best firsthand knowledge and understanding.

Dated this Tuesday, June 07, 2011

s/ Samuel Salmon
Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Samuel Salmon
Roxy Salmon

Page - Page 3 of 4
**MOTION TO RECONSIDER**
Case No.  2:10-CV-00446-RMP

Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Telephone:  509-684-8841

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, June 07, 2011, I filed the foregoing document with the Clerk of Court. I certify that a true and correct copy of said document was sent to all alleged case participants in the following manner: CM/ECF. List Of Alleged Participants:     Dated this Tuesday, June 07, 2011

                                                          s/ Samuel Salmon

LANE POWELL PC

John S. Devlin III WSBA # 23988

Abraham K. Lorber, WSBA # 40688

Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Samuel Salmon
Roxy Salmon

Page - Page 4 of 4
**MOTION TO RECONSIDER**
Case No. 2:10-CV-00446-RMP

Salmon Residence
917C Philpott Rd.
Colville, WA 99114
Telephone: 509-684-8841