1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8

SAMUEL SALMON and ROXY
SALMON,

NO:  CV-10-446-RMP

9
10

                    Plaintiffs,

**ORDER DENYING MOTION
FOR RECONSIDERATION**

11

        v.

12
13
14
15
16

BANK OF AMERICA
CORPORATION, RECONTRUST
COMPANY, MERSCORP, INC., and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

17

                    Defendants.

18
19
20
21
22
23
24
25
26

        This matter comes before the Court on Plaintiffs Samuel Salmon and Roxy

Salmon's *pro se* Motion to Reconsider, ECF No. 34, the Court's order granting the

Defendants' motion to dismiss, ECF No. 4, and denying the Plaintiffs' motion to

remand and strike, ECF No. 11, and motion to disqualify counsel, ECF No. 22.

The Court has reviewed the Plaintiffs' motion, ECF No. 34, supporting

memorandum, ECF No. 35, and affidavit, ECF No. 37, and is fully informed.

27
28

ORDER DENYING MOTION FOR RECONSIDERATION ~ 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motions for reconsideration are disfavored and are only appropriate "if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. AC&S, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

In their motion, Plaintiffs have failed to identify any clear error or manifest injustices in the Court's rulings on the three motions named above or to produce new facts or legal authority that would change the Court's original analysis. Accordingly, Plaintiffs' motion for reconsideration, **ECF No. 34**, is **DENIED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward copies to Plaintiffs and to Defendants' counsel.

**DATED** this 27th day of July, 2011.


　　　　　　　　　　*s/ Rosanna Malouf Peterson*
　　　　　　　　ROSANNA MALOUF PETERSON
　　　　　　　　Chief United States District Court Judge

ORDER DENYING MOTION FOR RECONSIDERATION ~ 2